**FILED**
June 13, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ERIK SOLISFOX, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-mj-0156 KJN <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ERIK SOLISFOX; Case 2:11-mj-0156 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____.

    X   Unsecured Appearance Bond in the amount of $50,000, to be replaced by $20,000 secured collateral posted by Sylvia Florez, with the remaining amount to remain unsecured.

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    X   (Other) Pretrial Supervision/Conditions.

Issued at   Sacramento, CA   on   6/13/2011   at   2:45 p.m.   .

By _____
Kendall J. Newman
United States Magistrate Judge